IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| DAY-VIONCE SANDERS | : | VIOLATIONS: |
| | | 21 U.S.C. § 841(a)(1) |
| | : | (possession with intent to distribute methamphetamine – 1 count) |
| | : | 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug |
| | : | trafficking crime – 1 count) |
| | | 18 U.S.C. § 2 (aiding and abetting) |
| | : | Notices of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 13, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAY-VIONCE SANDERS**

knowingly and intentionally possessed with the intent to distribute, and aided and abetted the possession with intent to distribute of, 500 grams or more, that is, approximately 597.1 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 13, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### DAY-VIONCE SANDERS

knowingly possessed firearms, that is (1) a FN 509 9mm pistol serial # GKS0149332, (2) a Glock 36 .45 caliber pistol serial # BBXZ691, and (3) a Glock 27 .40 caliber pistol serial # AARM017, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute, and aiding and abetting, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and Title 18, United States Code, Section 2, as charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

## **COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 13, 2022, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAY-VIONCE SANDERS,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, (1) a FN 509 9mm pistol serial # GKS0149332, (2) a Glock 36 .45 caliber pistol serial # BBXZ691, and (3) a Glock 27 .40 caliber pistol serial # AARM017, and the firearms were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE NO. 1

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 21, United States Code, Section 841(a)(1) set forth in this indictment, defendant

**DAY-VIONCE SANDERS**

shall forfeit to the United States of America:

(a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violation, including but not limited to

   (1) A FN 509 9mm pistol serial # GKS0149332;

   (2) A Glock 36 .45 caliber pistol serial # BBXZ691;

   (3) A Glock 27 .40 caliber pistol serial # AARM017; and

(b) Any property constituting, or derived from, proceeds obtained directly or indirectly from the commission of such offense.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

## NOTICE OF FORFEITURE NO. 2

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 924(c) and 922(g)(1), set forth in this indictment, defendant

**DAY-VIONCE SANDERS**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of these offenses, including, but not limited to:

    a.    A FN 509 9mm pistol serial # GKS0149332;

    b.    A Glock 36 .45 caliber pistol serial # BBXZ691; and

    c.    A Glock 27 .40 caliber pistol serial # AARM017.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

GRAND JURY FOREPERSON

**JACQUELINE C. ROMERO**
United States Attorney

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

v.

DAY-VIONCE SANDERS

INDICTMENT

21 U.S.C. § 841(a)(1) (possession with intent to distribute methamphetamine – 1 count);
18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count); 18 U.S.C. § 924(c)(1)(A)(i) (possession of a firearm in furtherance of a drug trafficking crime – 1 count);
18 U.S.C. § 2 (aiding and abetting);
Notices of forfeiture

_____
Foreperson

Filed in open court this ____17th____ day,
Of ___MAY___ A.D. 20 23

_____
Foreperson

Bail, $ _____